UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>SERGIO ENRIQUE GAMBINO LOPEZ,<br><br>       Defendant. | Case No. MJ11-222<br><br>**DETENTION ORDER** |

Offense charged:

   Felon in Possession of a Firearm.

Date of Detention Hearing:  May 18, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has a lengthy criminal history including crimes of violence.  The complaint alleges in count one that he possessed a firearm as a felon on October 1, 2010.  The government

DETENTION ORDER - 1

1  proffered he was originally charged in state court for that matter. While that matter was pending,

2  he was arrested on April 3, 2011 again allegedly possessing a firearm.

3  It is therefore **ORDERED**:

4  (1) Defendant shall be detained pending trial and committed to the custody of the

5  Attorney General for confinement in a correctional facility separate, to the extent practicable,

6  from persons awaiting or serving sentences, or being held in custody pending appeal;

7  (2) Defendant shall be afforded reasonable opportunity for private consultation with

8  counsel;

9  (3) On order of a court of the United States or on request of an attorney for the

10  Government, the person in charge of the correctional facility in which Defendant is confined

11  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12  connection with a court proceeding; and

13  (4) The clerk shall direct copies of this order to counsel for the United States, to

14  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

15  Officer.

16  DATED this 18th day of May, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2